JUDITH LIND et al., Respondents, v. PORT OF NEW YORK AUTHORITY et al., Appellants

Concur — Stevens, J. P., Eager, Steuer, Rabin and McNally, JJ.